# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 27, 2025**

SEAN F. McAVOY, CLERK

ALAA ELKHARWILY,

*Plaintiff*

v.

FIRST INTERSTATE BANK, a Montana corporation and state-chartered bank, and LPSL CORPORATE SERVICES, INC., and MATHEW WADDELL, JENNIFER MATTSON, AND THEIR COMMUNITY PROPERTY,

*Defendant*

Civil Action No. 2:25-CV-0104-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:

The Motion to Dismiss Second Amended Complaint, ECF No. 137, is **GRANTED.**
Defendants Waddell and Mattson's Joinder in Motion to Dismiss, ECF No. 138, is **GRANTED**.
Plaintiff's Pro Se Motion for Electronic Case Filing Authorization, ECF No. 135, is **DENIED** as moot.
Plaintiff's Motion for Entry of Default, ECF No. 136, is **DENIED** as moot.
Plaintiff's Motion for Leave to File Amended Complaint, ECF No. 140, is **DENIED**.
Plaintiff's Motion to Stay all Proceedings and Extend and Suspend All Deadlines, etc., ECF No. 143, is **DENIED.**
Plaintiff's Motion to Expedite Hearing on Motion to Stay, ECF No. 144, is **DENIED**.
Pursuant to the Order filed at ECF No. 148, this case is **DISMISSED with prejudice**.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O. Rice .

Date: 5/27/2025

*CLERK OF COURT*

SEAN F. McAVOY

s/ Ruby Mendoza

*(By) Deputy Clerk*

Ruby Mendoza